UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

DROWN,

v.

3:03cv978(WWE)

2004 JUN 24  P 5: 26

U.S. DISTRICT COURT
BRIDGEPORT, CONN

T.F.C. CONWAY

## PRETRIAL ORDER

This case is scheduled to begin trial the week of October 25, 2004. Jury selection will occur on October 25, 2004. By October 1, 2004, each party shall exchange and file with the Court in **duplicate**, Trial Memoranda which shall contain the following information:

1) Brief summary of case
2) Proposed Voir Dire
3) List of Witnesses
4) List of Exhibits
5) Deposition designations and cross-designations.
6) Proposed **Jury instructions** and **Interrogatories** for

    Special Verdict forms **(with WordPerfect 10 disc)**.

Dated this June 24th, 2004 at Bridgeport, Connecticut.

_____
Warren W. Eginton
Senior U.S. District Judge