# United States District Court
## District of Connecticut

Carol Drown
*Plaintiff*
    v.

T.F.C. CONWAY (#1346)
*Defendant*

Case No. 3:03cv978 (WWE)

## ORDER OF REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge Holly B. Fitzsimmons for the following purposes:

__X__ All purposes except trial, unless the parties consent to trial before the magistrate judge

____ A ruling on all pretrial motions except dispositive motions

____ To supervise discovery and resolve discovery disputes

____ A ruling on the following motions which are currently pending:
Doc#

____ A settlement conference

____ A conference to discuss the following:

____ Other:


SO ORDERED this __29th__ day of __September__, __2004__ at Bridgeport, Connecticut.


_____
Hon. Warren W. Eginton
SENIOR UNITED STATES DISTRICT COURT JUDGE