UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

*United States District Court*
*District of Connecticut*
*FILED AT BRIDGEPORT*
10/15/04
Kevin F. Rowe, Clerk
By: O. Candee
Deputy Clerk

| | | |
|---|---|---|
| Carol Drown | : | |
| | : | |
| v. | : | Civ. 3:03cv978 WWE (HBF) |
| | : | |
| TFC Conway #1346 | : | |

CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, United States Code, Section 636(c), the undersigned party or parties to the above-captioned civil matter hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

| Signature | Party Represented | Date |
|---|---|---|
| [signed] | TFC CONWAY | 10/8/2004 |
| Signature | Party Represented | Date |
| Signature | Party Represented | Date |
| Signature | Party Represented | Date |

RETURN THIS FORM TO THE CLERK OF THE COURT IF YOU CONSENT TO JURISDICTION BY MAGISTRATE JUDGE. DO NOT SEND A COPY OF THIS FORM

TO ANY DISTRICT JUDGE OR MAGISTRATE JUDGE.

ORDER OF REFERENCE

IT IS HEREBY ORDERED that this case be referred to the Honorable <u>Holly Fitzsimmons</u>, United States Magistrate Judge, for all further proceedings and the entry of judgment in accordance with 28 U.S.C. 636(c), Fed.R.Civ.P. 73 and the foregoing consent of the parties.

<u>10-15-04</u>
Date

Senior United States District Judge