UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

2004 OCT 22 P 12: 17

U.S. DISTRICT COURT
BRIDGEPORT, CONN.

Carol Drown                         :

           v.                       :      Civ. 3:03cv978 WWE

TFC Conway #1346                    :


CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, United States Code, Section 636(c), the undersigned party or parties to the above-captioned civil matter hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

| Signature | Party Represented | Date |
|---|---|---|
| _(signed)_ | Plaintiff | 10/8/04 |
| _(signed)_ | Defendant | 10/20/2004 |
| Signature | Party Represented | Date |
| Signature | Party Represented | Date |

RETURN THIS FORM TO THE CLERK OF THE COURT IF YOU CONSENT TO JURISDICTION BY MAGISTRATE JUDGE. DO NOT SEND A COPY OF THIS FORM TO ANY DISTRICT JUDGE OR MAGISTRATE JUDGE.

ORDER OF REFERENCE

IT IS HEREBY ORDERED that this case be referred to the Honorable Holly Fitzsimmons, United States Magistrate Judge, for all further proceedings and the entry of judgment in accordance with 28 U.S.C. 636(c), Fed.R.Civ.P. 73 and the foregoing consent of the parties.

| | |
|---|---|
| 10-25-04 | WARREN W. EGINTON |
| Date | SENIOR United States District Judge |