UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **CAROL DROWN,** | : | **CIVIL ACTION NUMBER:** |
| *Plaintiff,* | : | |
| | : | **3:03CV0978(HBF)** |
| **VS.** | : | |
| | : | |
| **T.F.C. CONWAY(#1346)** | : | |
| *Defendant.* | : | **NOVEMBER 19, 2004** |

### REQUEST FOR OPENING STATEMENT

The plaintiff requests that the attorneys be permitted to make opening statements to the jury at the trial of this case.

        THE PLAINTIFF

BY_____
      JOHN R. WILLIAMS (ct00215)
      Williams & Pattis, LLC
      51 Elm Street, Suite 409
      New Haven, CT 06510
      Telephone: 203.562.9931
      Fax: 203.776.9494
      E-Mail: jrw@johnrwilliams.com
      Her Attorney

1

## CERTIFICATION

On the date above stated, a copy hereof was mailed to Steven R. Sarnoski, Assistant Attorney General, 110 Sherman Street, Hartford, CT 06105.

_____
JOHN R. WILLIAMS