# UNITED STATES DISTRICT COURT

United States District Court
District of Connecticut
FILED AT     BRIDGEPORT
9-19    20 05
Kevin F. Rowe, Clerk
By

DISTRICT OF _____

## APPEARANCE

Case Number: 3:03 CV-0978
(ABF)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for    Carol Drown, Plaintiff

I certify that I am admitted to practice in this court.

| | |
|---|---|
| Date   9/19/05 | Signature  *Joseph M. Merly* |
| | Print Name  Joseph M. Merly     Bar Number  67904 |
| | Address  51 Elm Street |
| | City  New Haven   State  CT   Zip Code  06514 |
| | Phone Number  (203)562-9931   Fax Number  (203)576-9494 |