AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

DISTRICT OF Connecticut

United States District Court
District of Connecticut
FILED AT BRIDGEPORT
9/21 2005
by O Kolesnikoff

DROWN v. CONWAY

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: 3:03cv978 HBF

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| FITZSIMMONS | MERLY | SARNOWSKI |
| **TRIAL DATE(S)** | **COURT REPORTER** | **COURTROOM DEPUTY** |
| 9/19-20-21, 2005 | BALDWIN | Kolesnikoff |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| ✓ | | 9/19/05 | | | Carol Drown (Dove), Bolton CT |
| 1 A,B,C | | | 9/19/05 | 9/19 | Photos of vehicle, 3 photos |
| 2 | | | | 9/19 | Discharge Summary |
| 7 | | | | 9/19 | Notice of Rights |
| 8 | | | | 9/19 | Temporary Operator's License |
| | 503 | | | 9/19 | Personal Property Inventory |
| | 504 | | ID 9/19 | | Interrogatory Responses |
| | | | | | Norman Dove, JR, Bolton, CT |
| | | 9/19/05 | 9/19 | | Virginia Celinski, St. Augustine, FLA. |
| | | 9/19/05 | 9/19 | | Randall Conway, Middletown, CT |
| 3 | | | | 9/19 | Investigative Reports (Accident) |
| 4 | | | | 9/19 | Search & Seizure Warrant |
| | 501 | | 9/19 | 9/20 | ~~Trooper~~ Report Statement to Trooper |
| 5 | | | | 9/19 | Arrest Warrant Application |
| 6 | | Same as 503 | | | Property Form (same as 503) |
| | | ✓ 9/20/05 | | | Dr Joundry - Avon CT |
| | 502 | | | 9/20 | Medical Notes |
| | | | | | Randall Conway testifies |
| 9 | | | | 9/20 | Supplemental Interrogatories |
| 10 | | | | 9/20 | Notes |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ____ Pages