UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CAROL DROWN

v.

T.F.C. CONWAY (#1346)

CIV. NO. 3:03CV978(HBF)

September 21, 2005

VERDICT FORM

We, the jury, unanimously find the following:

**Part I.  Liability**

1. Has plaintiff proven by a preponderance of the evidence that defendant was acting under color of state law?

     ✓ YES         ___ NO

2. Has plaintiff proven by a preponderance of the evidence that defendant violated plaintiff's Fourth Amendment right to be free of unreasonable seizure in the course of arresting her on September 25, 2000?

     ___ YES        ✓ NO

3. Has plaintiff proven by a preponderance of the evidence that defendant's acts proximately caused harm to the plaintiff?

     ___ YES        ✓ NO

Go to Part II now if you have answered "YES" to Questions 1, 2 & 3.
If you answered "NO" to Question 1, 2 or 3, then you have completed your deliberations. Please have the foreperson sign and date the form and report your verdict.

**Part II.   Damages**

1.  What amount do you award to compensate plaintiff for injury she proved by a preponderance of the evidence she sustained as a direct result of the defendant's unconstitutional conduct?

    $_____

2.  If you found that defendant violated plaintiff's constitutional rights but you did not make an award of compensatory damages in response to Part II, Question 1, do you award nominal damages of one dollar?

    _____YES          _____NO

3.  If you awarded compensatory damages in response to Part II, Question 1 or nominal damages in response to Part II, Question 2, do you find an award of punitive damages to be appropriate in this case?

    _____YES          _____NO

    If "YES", in what amount?

    $_____

**Part III: Other Questions**

1. Has plaintiff proven by a preponderance of the evidence that defendant said "You have a beautiful body for a woman your age" on September 25, 2000?

   _____ YES          ____/____ NO

2. Do you find that the Connecticut State Police had a policy, practice or procedure to transport arrestees handcuffed in the back, and transport them in the front seat of their police cruiser?

   ____/____ YES          _____ NO

3. If yes, do you find that defendant followed that procedure when arresting plaintiff on September 25, 2000?

   ____/____ YES          _____ NO

4. If no, was it objectively reasonable for defendant to transport plaintiff in that manner?

   _____ YES          _____ NO

5. Do you find that the Connecticut State Police had a policy, practice or procedure that outer clothing of the arrestees be removed for the duration of the booking process?

   ____/____ YES          _____ NO

6. If yes, do you find that defendant followed that procedure when booking plaintiff on September 25, 2000?

   ____/____ YES          _____ NO

7. If no, was it objectively reasonable for defendant to require that Ms. Drown go without her sweater for the duration of the booking process on September 25, 2000?

   _____ YES          _____ NO

8. Did defendant say during the booking process on September 25, 2000, that plaintiff was covered when he saw her at the emergency room?

   _____ YES          ____/____ NO

9. Did defendant stare at plaintiff's chest after observing Ms. Drown's nipples become erect during the booking process?

_____ YES          ____/_____ NO




When you have finished answering the appropriate questions on this form, you may report your verdict.

The form should be signed and dated by the foreperson.

_____          9-21-2005
Foreperson                          Date