UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2005 SEP 22 P 12: 19

U.S. DISTRICT COURT
BRIDGEPORT, CONN

CAROL DROWN

v.                                          3:03cv978 (HBF)

TFC CONWAY #1346

## JUDGMENT

This action came on for trial before a jury and the Honorable Holly B. Fitzsimmons, United States Magistrate Judge after a Consent to Proceed Before a United States Magistrate Judge was filed on October 22, 2004.

On September 21, 2005, after deliberation, the jury entered a verdict in favor of the defendant, TFC Conway #1346.

It is therefore ORDERED and ADJUDGED that judgment is entered for the defendant and the case is closed..

Dated at Bridgeport, Connecticut, this 21th day of September 2005.

KEVIN F. ROWE, Clerk

By /s/ Diane Kolesnikoff
Diane Kolesnikoff
Deputy Clerk

Entered on Docket_____

AO 72A
(Rev. 8/82)