## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CAROL DROWN, | : | No. 3:03CV-0978 (HBF) |
| *Plaintiff,* | : | |
| | : | |
| V. | : | |
| | : | |
| T.F.C. CONWAY (#1346) | : | |
| *Defendants.* | : | SEPTEMBER 27, 2005 |

### MOTION FOR COSTS AFTER JUDGMENT
### AND FOR WRIT OF EXECUTION

Pursuant to the provisions of Rule 54(c) of the Federal Rules of Civil Procedure, and Rule 54 of the Local Rules of Civil Procedure, the defendant, Trooper Randall Conway, a prevailing party in the above-captioned litigation, respectfully requests that:

a. Judgment in this matter having been entered on September 21, 2005, the court assess costs in this action consistent with the Verified Bill of Costs attached to and hereby made part of this motion;

b. The $500.00 bond posted by the plaintiff as security for costs in this action pursuant to Rule 83.3(a) of the Local Rules of Civil Procedure for the District of Connecticut be forfeited and paid over to the defendant by the Clerk as partial satisfaction of the above; and

c. The Court complete the attached Writ of Execution enabling the defendant(s) to recover their costs from the plaintiff's assets, and appoint any Connecticut State Marshal to serve process, exclusive of the summons and complaint, in this action.

DEFENDANT
Trooper Randall Conway

RICHARD BLUMENTHAL
ATTORNEY GENERAL


BY: __/s/_____
Stephen R. Sarnoski
Assistant Attorney General
MacKenzie Hall
110 Sherman Street
Hartford, Connecticut  06105
Tel. (860) 808-5450
Federal Bar #ct01529
E-mail: stephen.sarnoski@po.state.ct.us


## CERTIFICATION

I hereby certify that a copy of the foregoing Motion for Costs, along with all attachments thereto, was mailed, first-class, postage pre-paid, to all opposing counsel and/or *pro se* parties of record in this matter this _____ day of _____, _____, as follows:

John R. Williams, Esq.
51 Elm Street, Suite 409
New Haven, Connecticut 06510


___/s/_____
Stephen R. Sarnoski
Assistant Attorney General