UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CAROL DROWN, | : | No. 3:03CV-0978 (HBF) |
| *Plaintiff,* | : | |
| | : | |
| V. | : | |
| | : | |
| T.F.C. CONWAY (#1346) | : | |
| *Defendants.* | : | SEPTEMBER 27, 2005 |

## AFFIDAVIT FOR
## VERIFIED BILL OF COSTS

I, Stephen R. Sarnoski being of sound mind and legal age, and having been duly sworn, do hereby depose and say:

1. For the purposes of identification, my full name is Stephen Richard Sarnoski  I am an Assistant Attorney General employed by the Office of the Attorney General for the State of Connecticut.  I have been so employed for about fourteen years.

2. I hereby certify that the expenses of litigation reflected in the Bill of Costs attached to this Motion for Costs After Judgment and affidavit at Tab A were necessarily incurred in the defense of this matter, and that they accurately and completely reflect the time and resources spent by the Office of the Attorney General on behalf of the defendant in the preparation and trial of this case.

3. I further certify that the invoices and billing statements attached to this Motion for Costs After Judgment and affidavit at Tab B are copies of the original documents supporting the expenses of litigation for which recovery is sought as reflected in the Bill of Costs.

   I have read the foregoing affidavit consisting of two pages. It is true and accurate to the best of my knowledge.

                 __/s/_____
                   Affiant

Subscribed and sworn to before me this _____ day of _____, _____.

                 __/s/_____
                 Notary Public