UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CAROL DROWN, | : | No. 3:03CV-0978 (HBF) |
| *Plaintiff,* | : | |
| | : | |
| V. | : | |
| | : | |
| T.F.C. CONWAY (#1346) | : | |
| *Defendants.* | : | SEPTEMBER 27, 2005 |

## BILL OF COSTS

1. . Fees of the Court Reporter

    a. Deposition transcript for Carol (Drown) Dove ... $ 514.47

    b. Deposition transcript for Dr. Timothy Goundry   $ 205.35

2. Fees for Witnesses

    a. Witness Fee for Dr. Timothy Goundry's
       Deposition …………………………............... $    45.76

                                                        ============

    **TOTAL:**                                          **$  765.59**