# Brandon Smith Reporting Service, LLC

Invoice

44 Capitol Avenue
Suite 203
Hartford, CT 06106
Phone: (860) 549-1850    Fax: (860) 549-1537

| Invoice Date | Invoice # |
|---|---|
| Tuesday, December 09, 2003 | 7387BL |

Stephen Sarnoski
Attorney General
110 Sherman Street
Hartford, CT 06105

Phone:    (860) 808-5040    Fax:

| | |
|---|---|
| **Witness:** | Dove, Carol |
| **Case:** | Drown vs. Conway |
| **Venue:** | |
| **Case #:** | |
| **Date:** | 11/21/2003 |
| **Start Time:** | 10:00 AM |
| **End Time:** | : 0 |
| **Reporter:** | Bethany Carrier |
| **Claim #:** | |
| **File #:** | 9935ss |

| Description | Quan | Total |
|---|---|---|
| Original and One | 93 | $367.35 |
| Appearance | 1 | $80.00 |
| Multipage Condensed | 1 | $30.00 |
| Shipping and Handling | 1 | $8.00 |
| 6% sales tax | 1 | $29.12 |
| **Sub Total** | | **$514.47** |
| **Payments** | | **$0.00** |
| **Balance Due** | | **$514.47** |

Fed. I.D. # 06-1448649

*We accept Visa, Mastercard and American Express!*

DPS

# Brandon Smith Reporting Service, LLC

Invoice

44 Capitol Avenue
Suite 203
Hartford, CT 06106
Phone: (860) 549-1850        Fax: (860) 549-1537

| Invoice Date | Invoice # |
|---|---|
| Friday, January 02, 2004 | 5459rr |

Stephen Sarnoski
Attorney General
110 Sherman Street
Hartford, CT 06141-0120

| | | | |
|---|---|---|---|
| Phone: | (860) 808-5450 | Fax: | (860) 808-5591 |
| Witness: | Goundry, Timothy, MD | | |
| Case: | Drown vs. Conway | | |
| Venue: | | | |
| Case #: | | | |
| Date: | 12/29/2003 | | |
| Start Time: | 2:00 PM | | |
| End Time: | :0 | | |
| Reporter: | Judith Kline | | |
| Claim #: | | | |
| File #: | | | 11045ss |

| Description | Quan | Total |
|---|---|---|
| Original and two copies | 33 | $130.35 |
| Attorney General-Appearance | 1 | $75.00 |
| Sub Total | | $205.35 |
| Payments | | $0.00 |
| Balance Due | | $205.35 |

OK TO PAY

Fed. I.D. # 06-1448649

**We accept Visa, Mastercard and American Express!**

DPS#357211

```
                                                                    12631
ATTORNEY GENERAL, STATE OF CONNECTICUT
        55 ELM ST.  PH. 860-808-5087
        HARTFORD, CT  06106                                         51-57/119
                                              DATE  12/9/03

PAY
TO THE
ORDER OF  Timothy Goundry, MD                              $  45.76

Forty five dollars & 76/100                                         DOLLARS

         Fleet
  04205  www.fleet.com
         Government Banking

FOR  Witness fee

⑈012631⑈ ⑆011900571⑈ 93950 55516⑈
```