UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**

2005 SEP 28 P 12: 28

U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | | |
|---|---|---|
| CAROL DROWN, *Plaintiff,* | : | No. 3:03CV-0978 (HBF) |
| V. | : | |
| T.F.C. CONWAY (#1346) *Defendants.* | : | SEPTEMBER 27, 2005 |

## MOTION FOR APPOINTMENT
## OF PERSON TO SERVE PROCESS

The defendant moves this Court to appoint any Connecticut State Marshal for the State of Connecticut, each of whom is a qualified individual over eighteen (18) years of age, residing in the State of Connecticut, and who is neither a party to nor an attorney in this action, to serve papers, other than the summons and complaint, in the above-entitled action for the reason that the United States Marshal's Office no longer makes service of private process. *See* Federal Rules of Civil Procedure, Rule 4.

Dated at Hartford, Connecticut, this 27th day of September, 2005.

_____
Attorney for the Defendant

**SO ORDERED.**

KEVIN F. ROWE, CLERK

By: _____
    Deputy Clerk

Dated: _____