### UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CAROL DROWN, | : | No. 3:03CV-0978 (HBF) |
| *Plaintiff,* | : | |
| | : | |
| V. | : | |
| | : | |
| T.F.C. CONWAY (#1346) | : | |
| *Defendants.* | : | |

## WRIT OF EXECUTION

To the Marshal of the District of Connecticut or to any person authorized to serve process under the Federal Rules of Civil Procedure, **GREETINGS:**

**WHEREAS,** on the 21st day of September, 2005, Judgment (Document No. 42) entered for the defendant, Trooper Randall Conway, and

**WHEREAS,** pursuant to Title 28 U.S.C. § 1915(f)(2)(A) the plaintiff is required to pay the full amount of the costs ordered; and

**WHEREAS,** the defendants have timely moved for costs; and

**WHEREAS,** on October 26, 2005, the Court ordered the plaintiff to pay to the defendants costs in the amount of $693.23;

**THEREFORE,** by the authority of the United States, you are commanded to levy, pay and satisfy the defendants the aforesaid amount from the assets of the plaintiff, Carol (Drown) Dove, wherever they may be held, and by whomever they may be held, until this execution is satisfied.  Your fees will be paid by the Court.

**SO ORDERED.**

_____/s/_____
Holly B. Fitzsimmons
United States Magistrate Judge